# CORCORAN

December 18, 2025

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
  *via ECF*

      Re:    *United States v Eric Earnest, et al.*, Criminal No. 25-323 (LDH)

Your Honor:

We submit the accompanying affidavit in response to the government's December 16, 2025, letter (ECF 78) regarding a potential conflict of interest. We respectfully submit that because the affidavit fully addresses the issues raised, no hearing is warranted.

                                Respectfully submitted,

                                CORCORAN LAW GROUP PLLC

                                M. Evan Corcoran
                                Corcoran Law Group PLLC
                                1050 30th Street NW
                                Washington, DC 20007
                                (202) 853-6965
                                evan@corcoranlg.com

Attachment

cc:      Clerk of Court (*via* ECF)
           Counsel of Record (*via* ECF)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.                                                        Criminal No. 25-323 (LDH)

ERIC EARNEST, et al.,
    *Defendants.*

I, De'Niro Laster, being duly sworn, depose and state as follows:

1. I have read the government's December 15, 2025, letter regarding the potential conflicts of interest that are implicated when an attorney's fees are paid by a third party.

2. I have a college and graduate school education and understand the issues raised.

3. I understand that the saying "he who pays the piper calls the tune" is not applicable in the legal criminal defense context, that at all times as the client I get to "call the tune," and that my attorney must exercise independent professional judgement in furtherance of my best interests – regardless of who "pays the piper." My attorney's sole duty is to me.

4. I recognize that there are risks to a client when an attorney is paid by a third party.

5. I understand that examples of risks include the following:

   - My attorney potentially could be influenced by the third party paying fees, such that his loyalties are not solely to me, the client.

   - A third party paying my attorney's fees might seek to influence my attorney's advice to me as to: (a) whether I should plead guilty and if so what statements to present to the Court at sentencing; (b) what motions to file in advance of trial and what defense theories to assert at trial; (c) whether it is advisable for me to seek possible leniency by cooperating with the government, including against co-defendants; and (d) whether I should testify at trial and what testimony to present, especially when the testimony might pertain to a co-defendant.

6. I understand that the examples listed above are not exhaustive, and that the nature of a criminal case is unpredictable and may evolve with motions, discovery, testimony

presented, and other factors. In other words, although there may be no risk of a conflict at this time, that may change in the future.

7. I understand these risks and freely choose to accept them.

8. I have had sufficient time to contemplate the risks involved. I have been aware of the issues presented in the government's letter for some time, and have given them careful consideration.

9. I have been encouraged to seek advice from independent counsel, other than my attorney in this case, to discuss these issues. I have not done so, because I feel that I understand the issues. But I will be vigilant about situations that may present a conflict of interest. If I have questions or concerns, I will seek advice from independent counsel.

10. I understand that if at any time I cannot afford an attorney, including independent counsel to consult with on conflict of interest issues, the Court would provide me with an attorney free of charge.

11. Given the foregoing, I knowingly and intelligently waive any potential conflict of interest and wish to be represented by M. Evan Corcoran, Esquire.

Sworn and affirmed:

_____
DE'NIRO LASTER

Sworn to before me this
18th day of December 2025

Signature of Notary Public

NASTACIA KNOX
Notary Public, State of Ohio
My Commission Expires
May 01, 2028
COMMISSION: 2023-RE-863229