# ATTACHMENT A

# CORCORAN

August 9, 2026

Ms. Kaitlin T. Farrell
Mr. Benjamin Weintraub
Mr. David I. Berman
U.S. Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201
   *via email*

   Re:   *United States v. Eric Earnest*, *et al*., Crim. No. 25-323 (LDH)

Government Counsel:

I write to request additional information pertaining to your August 4, 2026, letter-motion regarding Mr. Laster's bond conditions.

The information is needed to protect Mr. Laster's constitutional rights and to ensure that the District Court has a full and accurate record when considering the letter-motion.

The information requested below extends to all five of the alleged incidents listed in the letter-motion, namely:

(1) Unidentified individual's January 2025 FaceTime conversation with cooperator;

(2) Post-October 2025 communications with three unidentified "associates" of cooperator;

(3) December 2025 conversation with co-defendant;

(4) July 2026 public posting of rat emoji; and

(5) Two undisclosed events that are characterized as "potential attempted witness tampering."

For each of these five alleged incidents, please provide all documents and information that you or any investigative entity possess that reflect:

- The date and time of the alleged communication(s).

- The identity of each person allegedly involved.

- The telephone number, email address, social-media account, messaging account, device, account, username, or other identifier associated every participant in the alleged communication(s).

- The method or platform used.

- The identity of the person who initiated the alleged communication(s).

- The complete content of the alleged communication(s).

- Any contemporaneous or subsequent account or statement that references the alleged communication(s), including but not limited to every FBI 302 or equivalent report and associated notes.

- The date, time, and circumstances under which the government first learned of the communication(s), including but not limited to whether the information was provided in response to questioning, subpoena, arrest, search, proffer, plea negotiations, or other government action.

- Any statement by the cooperator that references the alleged communication.

- Any information that bears on the credibility of the individuals involved, including but not limited to:

    - information regarding any instance where the participant(s) provided false, misleading, materially incomplete, or materially inaccurate information to law enforcement.

    - information regarding any instance where the participant(s) made a false statement to a law enforcement agent, prosecutor, court, grand jury, probation officer, or other government official.

    - information regarding the participant(s) felony record, pending charges, reputation for untruthfulness, prior acts that involve deception or disregard for the law, and/or bias.

    - information that bears on the participant(s) ability to perceive, recall, or accurately recount the alleged communication(s).

Specifically, for the July 2026 public posting of the rat emoji, please provide all documents and information that you or any investigative entity possess that reflect:

- When and how the cooperator first saw the post.

- When and how the cooperator first associated the post with Mr. Laster.

- The identity of the author(s) of and the content of any posts that responded to the rat emoji post.

- The timing, communications regarding, and subsequent modification or deletion of any responsive posts.

# CORCORAN

- Whether the rat emoji remains posted.

- Information that reflects any communication regarding whether to delete the rat emoji from the public forum.

Thank you for your attention to this request.

With best regards,

CORCORAN LAW GROUP PLLC

M. Evan Corcoran
Corcoran Law Group PLLC
1050 30th Street NW
Washington, DC 20007
evan@corcoranlg.com