## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on today's date a copy of the foregoing Response to the government's August 4, 2026, letter-motion was served *via* the Court's CM/ECF system on registered parties and counsel.

/s/ M. Evan Corcoran

M. Evan Corcoran (*pro hac vice*)